IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TYQUEZ URSERY, | ) |
| | ) NO. 3:22-cv-00776 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| UNITED STATES OF AMERICA | ) |

**ORDER**

Pending before the Court are Petitioner Tyquez Ursery's Motion and Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (Doc. Nos. 1, 3). For the reasons stated in the accompanying Memorandum, Petitioner's Motion and Amended Motion (Doc. Nos. 1, 3) are **DENIED** and this action **DISMISSED**.

This is the final Order denying all relief in this case and shall constitute final judgment pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

If Petitioner gives timely notice of an appeal from the Court's Memorandum and Order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will not issue because Petitioner has failed to make a substantial showing of the denial of a constitutional right. *Castro v. United States*, 310 F.3d 900 (6th Cir. 2002).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE